UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**SEALED**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN L. HOLT and
MARQITIS M. WRIGHT

    Defendants.

Case No. 08-CR
[18 U.S.C. §§ 922(d)(1) and 924(a)(2);
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)]

08 CR-251

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.  On or about November 13, 2007, in the State and Eastern District of Wisconsin,

**JUSTIN L. HOLT**

knowingly and intentionally distributed a controlled substance.

2.  The offense involved a mixture and substance containing 50 grams or more of cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about November 8, 2007, in the State and Eastern District of Wisconsin,

**JUSTIN L. HOLT and
MARQITIS M. WRIGHT,**

sold a firearm to "C.E.," knowing and having reasonable cause to believe that "C.E." previously had been convicted of a crime punishable by imprisonment for a term exceeding one year.

2. The firearm is described as a Savage, model 87A, .22 caliber short rifle with an obliterated serial number.

All in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

2

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about October 25, 2007, in the State and Eastern District of Wisconsin,

**JUSTIN L. HOLT and
MARQITIS M. WRIGHT,**

sold a firearm to "C.E.," knowing and having reasonable cause to believe that "C.E." previously had been convicted of a crime punishable by imprisonment for a term exceeding one year.

2. The firearm is described as a CDM .22 caliber revolver, bearing serial number 252198.

All in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

3

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about October 25, 2007, in the State and Eastern District of Wisconsin,

**JUSTIN L. HOLT**

knowingly and intentionally distributed a controlled substance.

2. The offense involved a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL:

FOREPERSON

Date: 9-23-08

STEVEN M. BISKUPIC
United States Attorney

4